# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-1217
_____

Richard Monahan

*Plaintiff - Appellee*

v.

Red Mule Express LLC

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Northern
_____

Submitted: November 7, 2025
Filed: November 13, 2025
[Unpublished]
_____

Before BENTON, SHEPHERD, and STRAS, Circuit Judges.
_____

PER CURIAM.

Red Mule Express LLC appeals the district court's[1] judgment in favor of Richard Monahan after a bench trial and its order awarding attorney's fees and costs

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

in Monahan's action for unpaid overtime wages.  Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal.  <u>See</u> <u>Buchl v. Gascoyne Materials Handling & Recycling, LLC</u>, 100 F.4th 950, 956 (8th Cir. 2024) (standard of review).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____